UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZVEE WOOD, ANDREA MALESTER, ALEXIS GOTTSCHALK, <br><br> Plaintiffs, <br><br> -against- <br><br> MUTUAL REDEVOLPMENT HOUSES, INC, ET AL, <br><br> Defendants. | 22-CV-9493 (LTS) <br><br> ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiffs brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiffs submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiffs must either pay the $402.00 in fees or each submit the attached IFP application. If Plaintiffs each submit an IFP application, they should be labeled with docket number 22-CV-9493 (LTS). If the Court grants the IFP applications, Plaintiffs will be permitted to proceed without prepayment of fees. See 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiffs comply with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiffs fail to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:
    New York, New York

_____<br>
LAURA TAYLOR SWAIN<br>
Chief United States District Judge