UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZVEE WOOD; ANDREA MALESTER; ALEXIS GOTTSCHALK,

                      Plaintiffs,

                -against-

MUTUAL REDEVLOPMENT HOUSES, INC., et al.,

                      Defendants.

22-CV-9494 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

       Plaintiffs filed this action *pro se*. On January 20, 2023, the Court dismissed the action because Plaintiffs had not paid the filing fees or submitted a request to proceed *in forma pauperis*. Court records indicate that Plaintiffs did pay the filing fees on November 22, 2022. Accordingly, the Court directs the Clerk of Court to vacate the order of dismissal and civil judgment (ECF 3-4) and reopen this action.

SO ORDERED.

Dated:   April 18, 2023
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                             Chief United States District Judge