```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

Tzvee Wood, Andrea Malester, and Alexis Gottschalk,

                        Plaintiffs,

-against-

Mutual Redevelopment Houses, Inc.; The City of New York; Eric Adams in his capacity as the mayor of the City of New York; Adolfo Carrión, Jr in his capacity as the Commissioner of Housing Preservation and Development; Carmen Angelico p/k/a Carmen Santiago, Brendan Keany, Ambur Nicosia, Bette Levine, Fran Kaufman, Maarten de Kadt, Matthew Barile, Morris Benjamin, Robert Sikorski, Rocco Ottomanelli, Sarah Kahn, Sascha Tobacman-Smith, Tracy Riposo-Cook, Gena Feist, each in their professional capacities at Mutual and individual capacities; Ryan Dziedziech in his capacity as General Manager of Mutual; Continental Casualty Company; and John and Jane Does 1-50,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_7/6/2023\_\_\_\_

22 Civ. 9493 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed *pro se* Plaintiffs' letter dated July 2, 2023, and Defendant Mutual Redevelopment Houses, Inc.'s ("Mutual")[1] letter dated July 6, 2023. ECF Nos. 18–19. On May 22, 2023, the Court ordered Plaintiffs, *inter alia*, to file an amended complaint by July 6, 2023, because the complaint filed on November 3, 2023, is not a complete pleading (the "May 22 Order"). ECF No. 14 at 2 (citing ECF Nos. 1, 9 at 1 n.1). Plaintiffs state that, "[a]lthough [they] have made some progress and continue to work toward the [C]ourt-ordered deadlines for an amended complaint filing, the current timeframe is unattainable" due to Plaintiff Tzvee Wood's "health issues." ECF No. 18 at 1, 3. Plaintiffs claim that Plaintiff Tzvee Wood's "symptoms are . . . physical . . . [and] cognitive," but that "no definitive diagnosis has been made." *Id.* at 1–2. Plaintiffs "renew their request for a stay until August 14, 2023[,] with an amended pleading to be filed on or before August 21, 2023[,] and the filing related to reassignment to be filed on or before August 28, 2023." *Id.* at 3 (footnote omitted).

      Mutual does not oppose Plaintiffs' request for an extension of their deadline to file an amended pleading, but request that any extension have "a very short deadline." ECF No. 19 at 2. Mutual states that, "despite . . . Plaintiffs' claims of medical inability to comply with th[e] . . . May 22 Order, . . . Plaintiffs were able to file their sixth case [against Mutual and other parties] in . . .

---

[1] Mutual writes on behalf of "related individuals" to Mutual, including Defendants Matthew Barile, Morris Benjamin, Ryan Dziedziech, Gena Feist, Sarah Kahn, Fran Kaufman, Brendan Keany, Ambur Nicosia, Rocco Ottomanelli, Tracy Riposo-Cook, Robert Sikorski, Sascha Tobacman-Smith, and Maarten de Kadt. ECF No. 12 at 1; *see also* ECF No. 13.

Supreme Court[, New York County] between the time of the May 22 Order and its deadline for compliance." *Id.*; *see also id.* at 4–5 (copy of summons with notice in *Wood et al. v. Mutual Redevelopment Houses, Inc. et al.*, No. 155197/2023 (Sup. Ct., N.Y. Cnty.), dated June 9, 2023, signed by Plaintiffs Tzvee Wood and Andrea Malester). Mutual also notes that a "court [recently] found . . . Plaintiffs to be vexatious litigants" for their actions in federal and New York state court. *Id.* at 2; *see also id.* at 7–9.

Plaintiffs' renewed request for a temporary stay of this action is DENIED. Plaintiffs' claims that they are unable to litigate this case due to Plaintiff Tzvee Wood's unspecified and unsupported health issues are undermined by Plaintiffs Tzvee Wood and Andrea Malester commencing another action against Mutual in state court on June 9, 2023. Nonetheless, the Court shall modify the deadlines in the May 22 Order as follows:

1. By **August 1, 2023**, Plaintiffs shall file an amended complaint that reflects a complete pleading signed by Plaintiffs.
2. By **August 8, 2023**, Plaintiffs shall file their objections to the reassignment of this matter.

No further extensions shall be granted without a showing of good cause.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

SO ORDERED.

Dated: July 6, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge