UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/6/2023
```

Tzvee Wood, Andrea Malester, and Alexis
Gottschalk,

                    Plaintiffs,

            -against-

Mutual Redevelopment Houses, Inc.; The City of
New York; Eric Adams in his capacity as the mayor
of the City of New York; Adolfo Carrión, Jr in his
capacity as the Commissioner of Housing
Preservation and Development; Carmen Angelico
p/k/a Carmen Keany, Brendan Keany, Ambur
Nicosia, Bette Levine, Fran Kaufman, Maarten de
Kadt, Matthew Barile, Morris Benjamin, Robert
Sikorski, Rocco Ottomanelli, Sarah Kahn, Sascha
Tobacman-Smith, Tracy Riposo-Cook, Gena Feist,
each in their professional capacities at Mutual and
individual capacities; Ryan Dziedziech in his
capacity as General Manager of Mutual; Continental
Casualty Company; and John and Jane Does 1-50,

                    Defendants.

22 Civ. 9493 (AT)

**ORDER OF SERVICE**

ANALISA TORRES, District Judge:

The Court has reviewed *pro se* Plaintiffs' letter dated July 2, 2023.  ECF No. 17.  Plaintiffs paid the filing fees to commence this action.  ECF No. 8.

The Clerk of Court is directed to issue summonses to Plaintiffs.  Plaintiffs are directed to serve the summonses and complaint on each Defendant within 90 days of the issuance of the summonses.[1]  If within those 90 days, Plaintiffs have not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.  The Clerk of Court is further directed to mail a copy of this order to Plaintiffs *pro se*.

SO ORDERED.

Dated: July 6, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Although Federal Rule of Civil Procedure 4(m) generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiffs filed the complaint because they had not paid the filing fee.  The Court, therefore, extends the time to serve until 90 days after the date the summonses are issued. The Court notes that Plaintiffs' complaint, ECF No. 1, is not a complete pleading.  ECF No. 14 at 2.