```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tzvee Wood, Andrea Malester, and Alexis Gottschalk,

                      Plaintiffs,

-against-

Mutual Redevelopment Houses, Inc.; The City of New York; Eric Adams in his capacity as the mayor of the City of New York; Adolfo Carrión, Jr in his capacity as the Commissioner of Housing Preservation and Development; Carmen Angelico p/k/a Carmen Santiago, Brendan Keany, Ambur Nicosia, Bette Levine, Fran Kaufman, Maarten de Kadt, Matthew Barile, Morris Benjamin, Robert Sikorski, Rocco Ottomanelli, Sarah Kahn, Sascha Tobacman-Smith, Tracy Riposo-Cook, Gena Feist, each in their professional capacities at Mutual and individual capacities; Ryan Dziedziech in his capacity as General Manager of Mutual; Continental Casualty Company; and John and Jane Does 1-50,

                      Defendants.

22 Civ. 9493 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed *pro se* Plaintiffs' letter dated August 8, 2023. ECF No. 25; *see also* ECF Nos. 11, 14, 20. Accordingly, by **August 15, 2023**, Defendant Mutual Redevelopment Houses, Inc. ("Mutual")[1] shall file its response.

      The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

      SO ORDERED.

Dated: August 9, 2023
       New York, New York

                                                     ANALISA TORRES
                                        United States District Judge

---

[1] Mutual includes "related individuals" to Mutual, such as Defendants Matthew Barile, Morris Benjamin, Ryan Dziedziech, Gena Feist, Sarah Kahn, Fran Kaufman, Brendan Keany, Ambur Nicosia, Rocco Ottomanelli, Tracy Riposo-Cook, Robert Sikorski, Sascha Tobacman-Smith, and Maarten de Kadt. ECF No. 12 at 1; *see also* ECF No. 13.