```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/8/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tzvee Wood, Andrea Malester, and Alexis Gottschalk,

                     Plaintiffs,

-against-

Mutual Redevelopment Houses, Inc.; The City of New York; Eric Adams in his capacity as the mayor of the City of New York; Adolfo Carrión, Jr in his capacity as the Commissioner of Housing Preservation and Development; Carmen Angelico p/k/a Carmen Santiago, Brendan Keany, Ambur Nicosia, Bette Levine, Fran Kaufman, Maarten de Kadt, Matthew Barile, Morris Benjamin, Robert Sikorski, Rocco Ottomanelli, Sarah Kahn, Sascha Tobacman-Smith, Tracy Riposo-Cook, Gena Feist, each in their professional capacities at Mutual and individual capacities; Ryan Dziedziech in his capacity as General Manager of Mutual; Continental Casualty Company; and John and Jane Does 1-50,

                     Defendants.

22 Civ. 9493 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed *pro se* Plaintiffs' letter filed November 1, 2023. ECF No. 58. Plaintiffs request an "enlargement of time to file objections" to an October 12, 2023 order by the Honorable Valerie Figueredo. ECF No. 58 at 1. For the reasons stated below, Plaintiffs' request is GRANTED in part and DENIED in part.

      This matter is referred to the Honorable Valerie Figueredo for, *inter alia*, pretrial matters. *See* ECF No. 47. On October 12, 2023, Judge Figueredo entered an order directing Plaintiffs to respond to Defendants' motion to dismiss by December 11, 2023. ECF No. 49 at 1. On October 17, 2023, Judge Figueredo clarified that "the Court did not award Plaintiffs any relief requested in their letter of October 3." ECF No. 51. By letter dated October 20, 2023, Plaintiffs sought additional clarification. ECF No. 52. In that letter, Plaintiffs raised the same issue of default that they had noted in their October 3, 2023 letter, and that Judge Figueredo had already addressed in the October 17, 2023 order. *Id.*; *see* ECF No. 35.

      Federal Rule of Civil Procedure 72(a) provides a party with 14 days to "serve and file objections" to a nondispositive order by a Magistrate Judge. Plaintiffs seek time to object to the October 12, 2023 order "through on or before three weeks after [they] are served by mail from the Court with [] Judge Figueredo's clarifying Order." ECF No. 58 at 1. Judge Figueredo has already clarified her October 12, 2023 order and addressed Plaintiffs' duplicative October 20, 2023 request.

ECF No. 51.  Accordingly, the Court shall not link Plaintiffs' time to object to the October 12, 2023 order to a potential clarifying order.

However, Plaintiffs timely sought an extension, and their deadline has now passed. Accordingly, by **November 21, 2023**, Plaintiffs shall file any objections to the October 12, 2023 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

SO ORDERED.

Dated: November 8, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge

2