UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| TZVEE WOOD; ANDREA MALESTER; ALEXIS GOTTSCHALK | 22-CV-9493 (LTS) (VF) |
| Plaintiffs, | **ORDER** |
| -against- | |
| MUTUAL REDEVELOPMENT HOUSES, INC., et al., | |
| Defendants. | |

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The deadline for Plaintiffs to file an opposition to the motions to dismiss at ECF Nos. 36, 39, and 41 is **June 21, 2024.** No further extensions of that deadline will be granted. As discussed at the conference, Defendants have until **June 17, 2024,** to submit a letter addressing the applicability of Federal Rule of Civil Procedure 41(a)(1)(A)(i) to Plaintiffs' request for a voluntary dismissal without prejudice.

**SO ORDERED.**

DATED:   New York, New York
         June 5, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge