**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| TZVEE WOOD; ANDREA MALESTER;<br>ALEXIS GOTTSCHALK | 22-CV-9493 (LTS) (VF) |
| Plaintiffs, | **ORDER** |
| -against- | |
| MUTUAL REDEVELOPMENT HOUSES, INC.,<br>et al., | |
| Defendants. | |

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on June 3, 2024, Plaintiffs may seek voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Given the arguments raised by Defendants in their letter brief (see ECF No. 88), if Plaintiffs wish to seek voluntary dismissal under that provision, they must file their request by **Friday, June 28, 2024**. Additionally, by **Friday, June 28, 2024**, Plaintiffs are directed to file a response to Defendants' application for an anti-filing injunction (see ECF No. 43).

SO ORDERED.

DATED:   New York, New York
         June 12, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge