# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Tzvee Wood, Andrea Malester, and Alexis Gottschalk,

                Plaintiffs,

-against-

Mutual Redevelopment Houses, Inc.; The City of New York; Eric Adams in his capacity as the mayor of the City of New York; Adolfo Carrion, Jr in his capacity as the Commissioner of Housing Preservation and Development; Cannen Angelico p/k/a Carmen Santiago, Brendan Keany, Ambur Nicosia, Bette Levine, Fran Kaufman, Maarten de Kadt, Matthew Barile, Morris Benjamin, Robert Sikorski, Rocco Ottomanelli, Sarah Kahn, Sascha Tobacman-Smith, Tracy Riposo-Cook, Gena Feist, each in their professional capacities at Mutual and individual capacities; Ryan Dziedziech in his capacity as General Manager of Mutual; Continental Casualty Company; and John and Jane Does 1-50,

                Defendants.

------------------------------------------------------------X

22 CIVIL 9493 (AT)(VF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 12, 2024, the Court DENIES Plaintiffs' motion for an extension of time to file objections and adopts in part and modifies in part the R&R to hold that: (1) Plaintiffs' motion for voluntary dismissal without prejudice pursuant to Rule 41(a)(2) is DENIED, (2) Defendants' motions to dismiss pursuant to Rules 12(b)(1) (as to Gottschalk's claims) and 12(b)(6) (as to Wood and Malester's claims) are GRANTED, and (3) Plaintiffs are ENJOINED from filing any future actions in this Court related to the present allegations without first obtaining leave of the Court; accordingly, the case is closed.

**Dated:** New York, New York
       September 12, 2024

                                                            **DANIEL ORTIZ**
                                                          Acting Clerk of Court

                                        BY:

                                                          **Deputy Clerk**