UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tzvee Wood, Andrea Malester, and Alexis Gottschalk,

            Plaintiffs,

-against-

Mutual Redevelopment Houses, Inc.; The City of New York; Eric Adams in his capacity as the mayor of the City of New York; Adolfo Carrión, Jr in his capacity as Commissioner of Housing Preservation and Development; Carmen Angelico p/k/a Carmen Santiago, Brendan Keany, Ambur Nicosia, Bette Levine, Fran Kaufman, Maarten de Kadt, Matthew Barile, Morris Benjamin, Robert Sikorski, Rocco Ottomanelli, Sarah Kahn, Sascha Tobacman-Smith, Tracy Riposo-Cook, Gena Feist, each in their professional capacities at Mutual and individual capacities; Ryan Dziedziech in his capacity as General Manager of Mutual; Continental Casualty Company; and John and Jane Does 1-50,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/4/2024__

22 Civ. 9493 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' submissions dated September 30, October 1, and October 2, 2024. ECF Nos. 114–16. Accordingly, the Court will construe Plaintiffs' filings at ECF Nos. 111 and 116 as a motion for reconsideration of the Court's order at ECF No. 108. By **November 4, 2024**, Defendants shall file their opposition papers, and by **November 18, 2024**, Plaintiffs shall file their reply, if any. No extensions of these deadlines shall be granted absent good cause shown.

    The Court DENIES Plaintiffs' request to vacate the judgment at ECF No. 109 because, as Defendants observe, Plaintiffs' right to appeal is protected by Federal Rule of Appellate Procedure 4(a)(4)(A)(iv).

    The Clerk of Court is respectfully directed to send a copy of this order to Plaintiffs *pro se*.

    SO ORDERED.

Dated: October 4, 2024
       New York, New York

                                                                        ANALISA TORRES
                                                                    United States District Judge